```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
RICHARD KELLY,                      :
                                    :
                  Plaintiff,        :
                                    :       ORDER
        -against-                   :
                                    :       09 Civ. 962 (LAK)(MHD)
A1 TECHNOLOGY,                      :
                                    :
                  Defendant.        :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** as follows:

A conference has been scheduled in the above-captioned action on **TUESDAY, AUGUST 18, 2009** at **2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:  New York, New York
        August 5, 2009**

SO ORDERED.

_____
MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Mr. Richard M. Kelly
225 E. 73rd Street, Apt #3D
New York, NY 10021

Peter Agulnick, Esq.
321 Broadway, Ste. 200
New York, NY 10007